**ORIGINAL**    1563425    **UNDER SEAL**

## UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA ☐ ORIGINAL

| United States of America, | |
|---|---|
| Plaintiff(s) | CASE NUMBER: |
| v. | **SACR 08 - 223** |
| JAGMOHAN S. DHILLON | |
| Defendant(s) | **WARRANT FOR ARREST** |

TO:   UNITED STATES MARSHAL AND ANY AUTHORIZED UNITED STATES OFFICER

**YOU ARE HEREBY COMMANDED** to arrest _____ **JAGMOHAN S. DHILLON** _____

and bring him/her forthwith to the nearest Magistrate Judge to answer a(n): ☐ Complaint ☒ Indictment

☐ Information    ☐ Order of Court    ☐ Violation Petition      ☐ Violation Notice

charging him/her with: (ENTER DESCRIPTION OF OFFENSE BELOW)

21 U.S.C. § 846: Conspiracy to Distribute and Possess with Intent to Distribute

21 U.S.C. § 841(a):Possession with Intent to Distribute 3,4 Methylenedioxymethamphetamine

21 U.S.C. § 841(a):Possession with Intent to Distribute Methamphetamine

21 U.S.C. § 841(a):Possession with Intent to Distribute Cocaine

18 U.S.C. § 1956(a)(3)(A):Laundering of Monetary Instruments

in violation of Title ___ 18, 21 ___ United States Code, Section(s) 846, 841(a), 841(a), 841(a), 1956(a)(3)(A)

| Sherri R. Carter | |
|---|---|
| NAME OF ISSUING OFFICER | **7 AUG 2008**    SANTA ANA, CA |
| **Clerk of Court** | |
| TITLE OF ISSUING OFFICER | DATE AND LOCATION OF ISSUANCE |
| DODJIE GARBANZO | **MARC L. GOLDMAN** |
| SIGNATURE OF DEPUTY CLERK | NAME OF JUDICIAL OFFICER |

### RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED DEFENDANT AT (LOCATION)

Whatcom    WA

| 7-3-9 | |
|---|---|
| DATE RECEIVED | NAME OF ARRESTING OFFICER |
| 7-3-9 | |
| DATE OF ARREST | TITLE |

DESCRIPTIVE INFORMATION FOR DEFENDANT      SIGNATURE OF ARRESTING OFFICER
PRINTED ON PAGE TWO

**WARRANT FOR ARREST**

CR-12 (07/04)



**09-MJ-00336-WRNT**