# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. MJ 09-336 |
| | ) | CD/CA NO. 08-223 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | DETENTION ORDER |
| JAGMOHAN S. DHILLON, | ) | |
| | ) | |
| Defendant. | ) | |

Offense charged:  Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances

Date of Detention Hearing:

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

(1) Defendant is charged by Indictment in the Central District of California with a

drug offense with a maximum sentence of ten years of more. Therefore, there is a rebuttable presumption under 18 U.S.C. § 3142(e) of risk of nonappearance and risk of danger.

(2) Defendant was born in India and is a citizen of Canada. Defendant was not interviewed by Pretrial Services. There is some information available about his criminal history but no additional information available regarding his personal history, residence, family ties, ties to this District, his income, financial assets or liabilities, or physical/mental health or controlled substance use, if any.

(3) Defendant has waived his right to an identity hearing and an order of transfer has been signed. Defendant does not present information in opposition to detention at this time, but will request a detention hearing after appointment of counsel and his first appearance in the charging District.

(4) There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the

01         Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4)     The clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 10th day of July, 2009.

                                              Mary Alice Theiler
                                              United States Magistrate Judge

DETENTION ORDER                                                          15.13
18 U.S.C. § 3142(i)                                                     Rev. 1/91
PAGE 3