

09-MJ-00336-ORD

FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 10 2009

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT OF WASHINGTON

at Seattle

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

JAGMOHAN DHILLON,

    Defendant,

Case No. MJ09-336

WAIVER OF RULE 5(c)(3)(D) HEARING
and ORDER OF TRANSFER

### WAIVER OF RULE 5(c)(3)(D) HEARING

I, JAGMOHAN DHILLON, have appeared before a United States Magistrate Judge in the Western District of Washington, who has advised me of the provisions of Rule 20 and of my right to a further hearing pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure. I wish to waive my right to such further hearing, therefore:

    a)    I acknowledge that I am the person named in an indictment, information, or warrant pending in the U. S. District Court for the CENTRAL District of CALIFORNIA;

    b)    I waive my right to production of the warrant or of any other original papers relating to these charges or certified copies thereof;

1      c)      If I am entitled to a preliminary examination, I elect to have it conducted in the
2            district where the prosecution is pending; and,
3      d)      I consent to the issuance of an order directing me to appear and answer in said
4            district where the charges are pending.

DATED this 7th day of July, 2009.

_____  _____
Defense Counsel                      Defendant

## ORDER OF TRANSFER

Based upon the foregoing Waiver, it is hereby ORDERED that the further proceedings in this case shall be conducted in the U. S. District Court for the __CENTRAL__ District of __CALIFORNIA__. The Clerk of this Court shall forthwith transmit to the Clerk in said district the records of proceedings conducted in this district. Unless the defendant is released on bond, the U. S. Marshal is directed to transport defendant as promptly as possible to that district. If released on bond, the defendant is directed to appear in that district for further proceedings at the time and place specified on the bond, or as otherwise directed by court order.

DATED this 10 day of July, 2009

_____
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of filing to:

Karyn S. Johnson
Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, WA 98101

                                          s/ Charlotte Ponikvar
                                          Assistant Paralegal
                                          Federal Public Defender's Office
                                          1601 Fifth Avenue, Suite 700
                                          Seattle, WA 98101
                                          Tel. (206) 553-1100
                                          Fax (206) 553-0120
                                          Charlotte_Ponikvar@fd.org